**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Case No. 20-33274 (MI)** |
| | § | |
| **LILIS ENERGY, INC.,** *et al.*, | § | **Chapter 11** |
| | § | |
| | § | **(Jointly Administered)** |
| **Debtors.[1]** | § | |

**THE DEBTORS' WITNESS AND**
**EXHIBIT LIST FOR JUNE 29, 2020 HEARING**

The above-captioned debtors and debtors in possession (collectively, the "***Debtors***"), file this Witness and Exhibit List for the hearing scheduled for June 29, 2020 at 4:30 p.m., Central Time (or as such hearing may be continued or rescheduled, the "***Hearing***").

**WITNESSES**

The Debtors may call any of the following witnesses at the Hearing, whether by proffer, by declaration, or through video or telephonic appearance, or any other means directed by the Court:

1.   Joseph C. Daches, Chief Executive Officer of Lilis Energy, Inc. (fact witness);

2.   Gideon Lapson, Managing Director of Barclays Capital, Inc., proposed investment banker for the Debtors (expert and fact witness);

3.   Sheryl Betance, Managing Director of Stretto, proposed Claims Agent for the Debtors;

4.   Any witness called or listed by any other party;

---

[1]   The Debtors in these chapter 11 cases and the last four digits of their respective federal tax identification numbers are:  Brushy Resources, Inc. (4053); Hurricane Resources LLC (5207); IMPETRO OPERATING LLC (9730); Impetro Resources, LLC (9608); Lilis Energy, Inc. (1613); and Lilis Operating Company, LLC (3908).  The location of the Debtors' U.S. corporate headquarters and the Debtors' service address is: 201 Main Street, Suite 700, Fort Worth, Texas 76102.

5.       Any witness necessary to lay the foundation for the admission of exhibits; and

6.       Any rebuttal and/or impeachment witnesses.

## **EXHIBITS**

The Debtors may offer into evidence any one or more of the following exhibits at the

Hearing:

| EXHIBIT | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE | DISPOSITION |
|---|---|---|---|---|---|---|
| A. | Declaration of Joseph C. Daches in Support of Chapter 11 Petitions and First Day Pleadings (including all exhibits)[2] | | | | | |
| B. | Declaration of Gideon Lapson in Support of the Debtors' Motion to Obtain Postpetition Debtor-in-Possession Financing[3] | | | | | |
| C. | Declaration of Sheryl Betance in Support of the Emergency Application for Employment and Retention of Stretto as Claims, Noticing, and Solicitation Agent[4] | | | | | |
| D. | DIP Credit Agreement (including all annexes, exhibits, and schedules)[5] | | | | | |
| E. | DIP Budget[6] | | | | | |

---

[2]       Previously filed at Docket No. 30 and attached for reference hereto as Exhibit A.

[3]       Previously filed at Docket No. 17 and attached hereto as Exhibit B.

[4]       Previously filed at Docket No. 4 at pg. 25 and attached hereto as Exhibit C.

[5]       Previously filed at Docket No. 5 at pg. 98 and attached for reference hereto as Exhibit D.

[6]       Previously filed at Docket No. 5 at pg. 169 and attached hereto as Exhibit E.

| EXHIBIT | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE | DISPOSITION |
|---|---|---|---|---|---|---|
| F. | Restructuring Support Agreement[7] | | | | | |
| G. | Affidavit of Service | | | | | |
| H. | Any motions, pleadings, or other documents filed in these chapter 11 cases | | | | | |
| I. | Any exhibits needed to rebut the testimony of witnesses or evidence presented by any other party | | | | | |
| J. | Any exhibit designated by any other party | | | | | |

In accordance with the Court's March 9, 2020 *Order Adopting Hearing Protocols That May be Implemented Under Certain Public Health or Safety Conditions*, all exhibits listed are being filed as separate attachments to this Exhibit List.

---

[7]     Previously filed at Docket No. 30 at pg. 78 and attached hereto as Exhibit F.

The Debtors reserve the right to supplement or amend this Witness and Exhibit List at any time prior to the Hearing.

Dated:  June 29, 2020
Houston, Texas

/s/  *Harry A. Perrin*
**VINSON & ELKINS LLP**
Harry A. Perrin (TX 15796800)
1001 Fannin Street, Suite 2500
Houston, TX 77002-6760
Tel:  713.758.2222
Fax: 713.758.2346
hperrin@velaw.com;

- and -

David S. Meyer (*pro hac vice* admission pending)
George R. Howard (*pro hac vice* admission pending)
Steven Zundell (*pro hac vice* admission pending)
Michael A. Garza (*pro hac vice* admission pending)
1114 Avenue of the Americas, 32nd Floor
New York, NY 10036
Tel:  212.237.0000
Fax: 212.237.0100
dmeyer@velaw.com; ghoward@velaw.com
szundell@velaw.com; mgarza@velaw.com

**PROPOSED ATTORNEYS FOR THE
DEBTORS AND DEBTORS IN POSSESSION**

### <u>CERTIFICATE OF SERVICE</u>

I certify that on June 29, 2020, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

_/s/ Harry A. Perrin_____
One of Counsel