United States Bankruptcy Court
Southern District of Texas
**ENTERED**
April 07, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 20-33274 |
| **LILIS ENERGY, INC.**, *et al.*, | § | |
| Debtors. | § | Jointly Administered |
| | § | CHAPTER 11 |

## ORDER

For the reasons given in the Memorandum Opinion issued on this date:

1. Tilden Capital Minerals, LLC's request for relief from the Confirmation Order is denied; and

2. Tilden's claim is a general unsecured claim.

SIGNED 04/07/2022

_____
Marvin Isgur
United States Bankruptcy Judge