United States Bankruptcy Court
Southern District of Texas

**ENTERED**

February 06, 2023

Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | **CASE NO: 20-33274** |
| **LILIS ENERGY, INC.,** *et al.*, | § | |
| | § | **CHAPTER 11** |
| Debtors. | § | |
| | § | |
| **JOHN D. BAUMGARTNER, SOLELY IN** | § | |
| **HIS CAPACITY AS THE UNSECURED** | § | |
| **CLAIM POOL SUB-TRUSTEE,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | **ADVERSARY NO. 22-3149** |
| | § | |
| **PLATINUM OILFIELD SERVICES LLC,** | § | |
| | § | |
| Defendant. | § | |

## JUDGMENT

For the reasons set forth in the Memorandum Opinion issued on this date:

1.  Judgment is issued against Platinum Oilfield Services LLC and in favor of John D. Baumgartner, solely in his capacity as the Unsecured Claim Pool Sub-Trustee.

2.  The amount of the Judgment is $419,831.78.

3.  Baumgartner is also awarded costs.

4.  Unless this Judgment is paid in full within 14 days of entry, any claim held by Platinum Oilfield Services LLC is disallowed.

5.  This Judgment bears interest at the rate of 4.69% per annum.

SIGNED 02/06/2023

Marvin Isgur
United States Bankruptcy Judge